**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-2553**

───────────

KIRSTY ANNE MAY,

                                        Plaintiff - Appellant,

        versus

POKOIK RACING STABLES, INCORPORATED, a/k/a
Lion Farm,

                                        Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-00-170-3-19)

───────────

Submitted:  April 13, 2001          Decided:  May 15, 2001

───────────

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Richard Carl Detwiler, CALLISON, TIGHE & ROBINSON, L.L.P.,
Columbia, South Carolina.  Mark S. Barrow, William R. Calhoun, Jr.,
SWEENY, WINGATE & BARROW, P.A., Columbia, South Carolina, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kirsty Anne May appeals the district court's orders granting summary judgment to Defendant and denying her motion for reconsideration in her personal injury action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See May v. Pokoik Racing Stables, Inc., No. CA-00-170-3-19 (D.S.C. filed Oct. 19, 2000; entered Oct. 23, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED